UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAL BRAVO ZAMBRANO, et al., <br><br> Petitioners, <br><br> v. <br><br> CHAD F. WOLF, et al., <br><br> Respondents. | No. 1:20-cv-00595-DAD-JLT (HC) <br><br> <u>ORDER GIVING EFFECT TO PETITIONER ZAMBRANO AND RESPONDENTS' STIPULATION AND STAYING THIS MATTER AS TO PETITIONER ZAMBRANO</u> <br><br> (Doc. No. 4) |

On April 24, 2020, petitioners Marcial Bravo Zambrano, Jorge Villalobos, and Michael Spitzauer (collectively, "petitioners") filed a petition for writ of habeas corpus seeking their release from confinement. (Doc. No. 1.) Therein, petitioners contend that their continued confinement at Taft Correctional Institution during the ongoing COVID-19 global pandemic is a violation of their rights under the Due Process Clause of Fifth Amendment. (*Id.* at 5–6.) On April 27, 2020, the court set a briefing schedule, directing the government to respond to the petition by a May 11, 2020. (Doc. No. 2.)

On May 8, 2020, petitioner Zambrano and respondents filed a stipulation, agreeing to hold this case in abeyance as to petitioner Zambrano. (Doc. No. 4.) The stipulation notes that petitioner Zambrano is a class member in *Zepeda Rivas v. Jennings* and that, on April 29, 2020, the court in *Zepeda Rivas* entered a provisional class certification and temporary restraining order

("TRO").  *See* Case No. 3:20-cv-02731-VC, 2020 WL 2059848 (N.D. Cal. Apr. 29, 2020).  The stipulation also notes that the TRO in *Zepeda Rivas* orders that individual release determinations be made in light of the ongoing COVID-19 pandemic, which is the same relief that petitioners are seeking before this court.  Finally, the stipulation notes that the parties will inform this court within five (5) business days of the resolution as to petitioner Zambrano in the *Zepeda Rivas* action.

    Accordingly, good cause appearing and pursuant to petitioner Zambrano and respondents' stipulation, this case is stayed as to petitioner Zambrano only and the parties are directed to notify the court within five (5) business days from the issuance of this order of petitioner Zambrano's status in the *Zepeda Rivas* action.[1]

IT IS SO ORDERED.

Dated: __**May 8, 2020**__                 _/s/ Dale A. Drozd_
                                                  UNITED STATES DISTRICT JUDGE

---

[1] This order has no affect on the court's April 27, 2020 order with respect to petitioners Villalobos and Spitzauer.