UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAL BRAVO ZAMBRANO, et al., | No. 1:20-cv-00595-DAD-JLT |
| Petitioners, | |
| v. | ORDER GIVING EFFECT TO JOINT STIPULATION AND DISMISSING THIS ACTION |
| CHAD F. WOLF, et al., | |
| Respondents. | (Doc. No. 9) |

On June 3, 2020, petitioner Zambrano and respondents filed a joint stipulation to dismissal of this action in its entirety. (Doc. No. 9.)

The court had previously stayed this action as to petitioner Zambrano pending resolution of *Zepeda Rivas v. Jennings*, 3:20-cv-02731-VC, a class action proceeding in the U.S. District Court for the Northern District of California, because Zambrano is a class member in that action. (Doc. No. 6.)[1]  In their joint stipulation, the parties state that on June 1, 2020, the court in *Zepeda Rivas* "granted Zambrano's bail application," and that the parties agree to dismissal of this action "[b]ecause Zambrano has now been granted the relief he sought."  (Doc. No. 9.)

/////

---

[1] On May 26, 2020, the court dismissed the habeas petition as to the two remaining petitioners due to this court's lack of jurisdiction. (Doc. No. 8.)

Accordingly, good cause appearing and pursuant to the parties' joint stipulation, this action is dismissed.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 4, 2020**

_____
UNITED STATES DISTRICT JUDGE

2